**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |
| DANIEL KENNEDY, | **AMENDED** MASTER SHORT FORM COMPLAINT<br>AND JURY TRIAL DEMAND |
| PLAINTIFF(S), | |
| v. | Civil Action No.: 9:20-cv-17035-MCR-HTC |
| 3M COMPANY, | |
| DEFENDANT. | |

## MASTER SHORT FORM COMPLAINT AND JURY DEMAND

Plaintiff(s) incorporate(s) by reference the Master Long Form Complaint and Jury Trial Demand filed in *In re: 3M Combat Arms Earplug Products Liability Litigation* on September 20, 2019. Pursuant to Pretrial Order No. 17, this Short Form Complaint adopts the allegations, claims, and requested relief as set forth in the Master Long Form Complaint. As necessary herein, Plaintiff(s) may include: (a) additional claims and allegations against Defendants, as set forth in Paragraphs 10 and 11 or an additional sheet attached hereto; and/or (b) additional claims and allegations against other Defendants not listed in the Master Long Form Complaint, as set forth in Paragraphs 12 and 13 or an additional sheet attached hereto.

Plaintiff(s) further allege as follows:

## I. DEFENDANTS

1. Plaintiff(s) name the following Defendants in this action:

| | |
|---|---|
| X | 3M Company |
| ________ | 3M Occupational Safety LLC |
| ________ | Aearo Holding LLC |
| ________ | Aearo Intermediate LLC |
| ________ | Aearo LLC |
| ________ | Aearo Technologies LLC |

## II. PLAINTIFF(S)

2. Name of Plaintiff:

Daniel Kennedy

3. Name of Spouse of Plaintiff (if applicable to loss of consortium claim):

N/A

4. Name and capacity (*i.e.*, executor, administrator, guardian, conservator, etc.) of other type of Plaintiff, if any:

N/A

5. State(s) of residence of Plaintiff(s):

North Carolina

## III. JURISDICTION

6. Basis for jurisdiction (diversity of citizenship or other):

| |
|---|
| Diversity of citizenship |

7. Designated forum (United States District Court and Division) in which venue would be proper absent direct filing:

| |
|---|
| Florida Northern District Court, Pensacola Division |

## IV. USE OF DUAL-ENDED COMBAT ARMS EARPLUG

8. Plaintiff used the Dual-Ended Combat Arms Earplug:

_____X____ Yes

__________ No

## V. INJURIES

9. Plaintiff alleges the following injuries and/or side effects as a result of using the Dual-Ended Combat Arms Earplug:

_____X____ Hearing loss

_____X____ Sequelae to hearing loss

_____X____ Other [specify below]

| |
|---|
| Tinnitus |

## VI. CAUSES OF ACTION

10. Plaintiff(s) adopt(s) in this Short Form Complaint the following claims asserted in the Master Long Form Complaint and Jury Trial Demand, and the allegations with regard thereto as set forth in the Master Long Form Complaint and Jury Trial Demand:

___X___ Count I – Design Defect – Negligence

___X___ Count II – Design Defect – Strict Liability

___X___ Count III – Failure to Warn – Negligence

___X___ Count IV – Failure to Warn – Strict Liability

___X___ Count V – Breach of Express Warranty

___X___ Count VI – Breach of Implied Warranty

___X___ Count VII – Negligent Misrepresentation

___X___ Count VIII – Fraudulent Misrepresentation

___X___ Count IX – Fraudulent Concealment

___X___ Count X – Fraud and Deceit

___X___ Count XI – Gross Negligence

___X___ Count XII – Negligence Per Se

___X___ Count XIII – Consumer Fraud and/or Unfair Trade Practices

_______ Count XIV – Loss of Consortium

___X___ Count XV – Unjust Enrichment

___X___ Count XVI – Punitive Damages

_______ Count XVII – Others [Specify Below]

11. If additional claims against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand are alleged in Paragraph 10, the facts supporting these allegations must be pleaded. Plaintiff(s) assert(s) the following factual allegations against the Defendants identified in the Master Long Form Complaint and Jury Trial Demand:

12. Plaintiff(s) contend(s) that the additional parties may be liable or responsible for Plaintiff(s)' damages alleged herein. Such additional parties, who will be hereafter referred to as Defendants, are as follows (must name each Defendant and its citizenship):

13. Plaintiff(s) assert(s) the following additional claims and factual allegations against other Defendants named in Paragraph 12:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and judgment against Defendants and all such further relief that this Court deems equitable and just as set forth in the Master Long Form Complaint and Jury Demand and any additional relief to which Plaintiff(s) may be entitled.

Dated: 09/30/2022 *s/ Bryan F. Aylstock*
Bryan F. Aylstock, FL Bar No. 78263

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
baylstock@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 30th day of September, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system, and will also be served via MDL Centrality.

*/s/ Bryan F. Aylstock*
Bryan F. Aylstock